1  Eryk R. Gettell (SBN 245245)
   eryk.gettell@kennedyslaw.com
2  KENNEDYS CMK LLP
   455 Market Street, Suite 1900
3  San Francisco, CA 94105
   Telephone:   415-323-4489
4  Facsimile:   415-323-4445

5  Sally A. Clements (pro hac vice)
   sally.clements@kennedyslaw.com
6  KENNEDYS CMK LLP
   1420 Fifth Avenue, Suite 2200
7  Seattle, WA 98101-1346
   Telephone:   564-224-9104
8  Facsimile:   415-323-4445

9  Attorneys for Defendant
   HISCOX INSURANCE COMPANY INC.
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

| | |
|---|---|
| JESSE MELENDREZ, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>HISCOX INSURANCE COMPANY, INC., an Illinois corporation; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 5:24-cv-02973-EKL<br><br>**JOINT STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER FOR DISMISSAL**<br><br>Judge: Hon. Eumi K. Lee<br>Ctrm: 7, 4th Floor<br><br>Complaint Filed: May 16, 2024 |

1 | IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JESSE MELENDREZ ("Plaintiff"), acting by and through his counsel, Stephan A. Barber and S. Craig Cox, and Defendant HISCOX INSURANCE COMPANY INC. acting by and through counsel Eryk R. Gettell and Sally A. Clements, that the above-entitled action as to all may be dismissed with prejudice and without costs, this matter having been fully settled and compromised between the Plaintiff and Defendant.

**IT IS SO STIPULATED.**

DATED:   February 28, 2025                KENNEDYS CMK LLP

By: /s/ *Eryk R. Gettell*
Eryk R. Getttell
Sally A. Clements
Attorneys for Defendant
HISCOX INSURANCE COMPANY INC.

DATED:   February 28, 2025                JRG ATTORNEYS AT LAW

By: */s/ Stephan A. Barber*
Stephan A. Barber
S. Craig Cox
Attorneys for Plaintiff
JESSE MELENDREZ

**ATTESTATION**

I, ERYK R. GETTELL, am the ECF user whose login and password are being used to electronically file this STIPULATION OF DISMISSAL [FRCP 41(A)]; ORDER FOR DISMISSAL is being submitted. I hereby affirm that Stephan A. Barber and S. Craig Cox has concurred in its contents and has authorized the filing.

DATED: February 28, 2025                KENNEDYS CMK LLP

                                        By: */s/ Eryk R. Gettell*
                                        Eryk R. Gettell (SBN 245245)
                                        Attorney for Defendant
                                        HISCOX INSURANCE COMPANY, INC

**[~~PROPOSED~~] ORDER**

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore, IT IS HEREBY ORDERED that this matter, including all claims and all remaining defendants, shall be dismissed from the above-entitled action with prejudice and without costs or interest to any party.

**IT IS SO ORDERED**

DATED: February 28, 2025

_____
HONORABLE EUMI K. LEE